# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| **J.S.X.** through his next friend D.S.X., and **C.P.X.** through his next friend S.P.X., **K.N.X.** through his next friend Rachel Antonuccio, for themselves and those similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>**JERRY FOXHOVEN** in his official capacity as Director of the Iowa Department of Human Services, **RICHARD SHULTS** in his official capacity as Administrator of the Division of Mental Health and Disability Services; **MARK DAY** in his official capacity as Superintendent of the Boys State Training School.<br><br>DEFENDANTS. | 17-cv-417<br><br><br><br>NOTICE OF WITHDRAWAL OF APPEARANCE OF<br><br>ANAGHA DIXIT |

Pursuant to Local Rule 83, Anagha Dixit, Assistant Attorney General on behalf of the Defendants, hereby enters her Notice of Withdrawal of Appearance in the above-captioned matter.

The Defendants will continue to be represented in this matter by Gretchen Kraemer and Anagha Dixit of the Iowa Department of Justice.

                                          **THOMAS J. MILLER**
                                          Attorney General of Iowa

                                          */s/ Anagha Dixit*
                                          **ANAGHA DIXIT      AT0013042**
                                          Assistant Attorney General
                                          Iowa Department of Justice
                                          1305 E. Walnut St., Second Floor
                                          Des Moines, IA 50319-0109
                                          e: Anagha.Dixit@ag.iowa.gov
                                          t: (515) 281-8330/f: (515) 281-7219
                                          ATTORNEYS FOR DEFENDANTS

I certify that the attached was filed via CM/ECF on October 7, 2019.


_/s/ Anagha Dixit_____

Service to:

Jane Hudson
jhudson@driowa.org
Nathan Kirstein
nkirstein@driowa.org
400 East Court Avenue, Suite 300
Des Moines, Iowa 50312

Harry Frischer
Hfrischer@childrensrights.org
Stephanie Persson
Spersson@childrensrights.org
Marisa Nardi
Mnardi@childrensrights.org
Meetra Mehdizadeh
Mmehdizadeh@childrensrights.org
88 Pine Street, Suite 800
New York, NY 10005

Nicholas Berg
Nicholas.Berg@ropesgray.com
Timothy Farrell
Timothy.Farrell@ropesgray.com
Charles Zagnoli
Charles.Zagnoli@ropesgray.com
Katelyn Saner
Katelyn.Saner@ropesgray.com
191 North Wacker Drive
32nd Floor
Chicago, IL 60606

ATTORNEYS FOR PLAINTIFFS