IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| C.P.X. through his next friend S.P.X.; and K.N.X. through his next friend Rachel Antonuccio, for themselves and those similarly situated, | Case No. 4:17-CV-00417-SMR-HCA |
| Plaintiffs, | |
| v. | |
| JERRY FOXHOVEN in his official capacity as Director of the Iowa Department of Human Services; RICHARD SHULTS in his official capacity as Administrator of the Division of Mental Health and Disability Services; MARK DAY in his official capacity as Superintendent of the Boys State Training School, | ORDER TO SUBSTITUTE PARTIES |
| Defendants. | |

In June 2019, Defendant/Counter Claimant Jerry Foxhoven resigned from his position as the Director of the Iowa Department of Human Services ("DHS"). He was replaced in that capacity in November 2019 by Kelly Kennedy Garcia. In January 2020, Defendant/Counter Claimant Richard Shults retired from his position as the Administrator of the Division of Mental Health and Disability Services for DHS. His post has been divided into two positions, one with responsibility over DHS facilities, and the other with responsibility over DHS's community-based services. The former of these two positions, the Mental Health and Disabilities Services Director of Facilities, covers Shults's responsibilities relevant to this litigation. Cory Turner presently serves in that position on an interim basis.

Under Federal Rule of Civil Procedure 25(d), when a public officer who is a party in his or her official capacity resigns or otherwise ceases to hold office while an action is pending, his or her successor is automatically substituted as a party. The rule further specifies that "[l]ater proceedings should be in the substituted party's name."

Accordingly, the Clerk of Court is DIRECTED to substitute Kelly Kennedy Garcia, in her official capacity as Director of the Iowa Department of Human Services, for Defendant/Counter Claimant Foxhoven; and to substitute Cory Turner, in his official capacity as Interim Mental Health and Disabilities Services Director of Facilities, for Defendant/Counter Claimant Shults.

IT IS SO ORDERED.

Dated this 27th day of March, 2020.

_____
STEPHANIE M. ROSE, JUDGE
UNITED STATES DISTRICT COURT