UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **C.P.X.** through his next friend S.P.X., and **K.N.X.** through his next friend Rachel Antonuccio, for themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**Kelly Kennedy Garcia** in her official capacity as Director of Iowa Department of Human Services; **Cory Turner** in his official capacity as Interim Mental Health and Disability Services Director of Facilities; and **Mark Day** in his official capacity as Superintendent of the Boys State Training School.<br><br>    Defendants. | C/A No. 4:17-cv-00417-SMR-HCA<br><br><br>**DEFENDANTS' RESISTANCE TO PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND EXPENSES** |

COME NOW Defendants Kelly Kennedy Garcia, Cory Turner, and Mark Day, and resist Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses, and state to the Court as follows:

On April 10, 2020, Plaintiffs submitted their fee application, requesting reimbursement for $4,550,762.90 in fees and $390,363.05 for their efforts in litigating this case. Defendants resist Plaintiffs' motion for fees on the following bases:

1.    Plaintiffs failed on the majority of their claims and two named Plaintiffs were dismissed during the course of this litigation. As a result, Plaintiffs' fee award must be reduced for partial success.

2.      Plaintiffs' fees are not reasonable, as they contain redundancy in both attorneys' and paralegals' fees and travel expenses due to the significant overstaffing of this case.

3.      Plaintiffs' fees are not reasonable because the rates charged for paralegals are excessive for the local community.

4.      Plaintiffs' fees are not reasonable because they include clerical or administrative time billed at attorney or paralegal rates. Further, clerical and administrative time is an overhead cost and not properly billed to a client or opposing party.

5.      Plaintiffs' fees are not reasonable because they include time spent reviewing and recording news coverage of the case—tasks which are not properly billed to a client or opposing party.

6.      Plaintiffs' fees are not reasonable because they contain excessive block billing.

7.      Plaintiffs' expenses are not reasonable because they contain charges for legal research, which they have not demonstrated are recoverable in this case.

WHEREFORE, for all the reasons outlined here and in the accompanying Brief in Support, Defendants pray the Court significantly reduce any fee award granted to Plaintiffs based upon their partial success in prosecuting this case.

Respectfully submitted,

**THOMAS J. MILLER**
**Attorney General of Iowa**

/s/ **Gretchen Witte Kraemer**  - AT0004358
gretchen.kraemer@ag.iowa.gov
Assistant Attorneys General
Hoover State Office Bldg, 2nd Floor
Des Moines, IA  50319

Tel.:  (515) 281-8330
Fax:  (515) 281-7219
ATTORNEYS FOR DEFENDANTS

I certify that the attached was filed and served via CM/ECF on May 11, 2020.

/s/ Gretchen Kraemer

Service to:

Jane Hudson
jhudson@driowa.org
Nathan Kirstein
nkirstein@driowa.org
400 East Court Avenue, Suite 300
Des Moines, Iowa 50312

Children's Rights, Inc.
Harry Frischer
Hfrischer@childrensrights.org
Marissa Nardi
mnardi@childresnrights.org
88 Pine Street, Suite 800
New York, NY 10005

Nicholas Berg
Nicholas.Berg@ropesgray.com
Timothy Farrell
Timothy.Farrell@ropesgray.com
Charles Zagnoli
Charles.Zagnoli@ropesgray.com
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
ATTORNEYS FOR PLAINTIFFS