**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| C.P.X. through his next friend S.P.X., and K.N.X. through his next friend Rachel Antonuccio, for themselves and those similarly situated, ) )  )  | C/A No. 4:17-cv-00417 |
| Plaintiffs, ) | |
| v. ) | |
| Kelly Kennedy Garcia in her official capacity as Director of Iowa Department of Human Services; Cory Turner in his official capacity as Interim Mental Health and Disabilities Services Director of Facilities; Mark Day in his official capacity as Superintendent of the Boys State Training School. ) ) ) ) | NOTICE |
| Defendants. ) | |

Plaintiffs do not object to the Court-Review Draft of the Mental Health Services Policy filed by Defendants Sept. 9, 2020 [ECF No. 356] and do not request a hearing.

DATED: September 15, 2020

                          Respectfully Submitted,

                          CHILDREN'S RIGHTS, INC.

                          /s/ *Harry Frischer*
                          Harry Frischer, *admitted pro hac vice*
                          Marissa C. Nardi, *admitted pro hac vice*
                          Stephanie Persson, *admitted pro hac vice*
                          88 Pine Street, Suite 800
                          New York, New York 10005
                          (212) 683-2210
                          (212) 683-4015 (fax)
                          hfrischer@childrensrights.org
                          mnardi@childrensrights.org
                          spersson@childrensrights.org

DISABILITY RIGHTS IOWA

Nathan Kirstein (AT0010967)
Jane Hudson (AT0011646)
400 E. Court Avenue, Suite 300
Des Moines, IA 50309
(515) 278-2502
(515) 278-0539 (fax)
jhudson@driowa.org
nkirstein@driowa.org

ROPES & GRAY LLP

Nicholas M. Berg, *admitted pro hac vice*
Timothy R. Farrell, *admitted pro hac vice*
Charles D. Zagnoli, *admitted pro hac vice*
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
(312) 845-1200
(312) 845-5522 (fax)
Nicholas.Berg@ropesgray.com
Timothy.Farrell@ropesgray.com
Charles.Zagnoli@ropesgray.com


ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of Court on 9/15/2020 to be served by operation of the Court's electronic filing system upon all parties.

*/s/ Harry Frischer*

Harry Frischer