# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF IOWA

| C.P.X., AND K.N.X., et al. | ) | 17-cv-417 |
|---|---|---|
| | ) | |
| vs. | ) | MOTION TO APPROVE |
| | ) | |
| GARCIA, TURNER & DAY | ) | |

Defendants move this Honorable Court to Approve the Student Health Records Policy in accordance with the Remedial Plan. This document was provided to the Monitor and Plaintiffs' counsel on October 30, 2020.

THOMAS J. MILLER
**Attorney General of Iowa**

/s/ **Gretchen Witte Kraemer**  AT0004358
gretchen.kraemer@ag.iowa.gov
Assistant Attorney General
Hoover State Office Bldg, 2nd Floor
Des Moines, IA  50319
Tel.:  (515) 281-8330
Fax:  (515) 281-7219
ATTORNEYS FOR DEFENDANTS

I certify that the attached was filed via CM/ECF on November 2, 2020. /s/ gwk

_____

Service to Plaintiffs' counsel of record.