IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| C.P.X., AND K.N.X., et al. ) | 17-cv-417 |
| ) | |
| vs. ) | UNRESISTED MOTION TO AMEND |
| ) | REMEDIAL PLAN DEADLINES |
| GARCIA, TURNER & DAY ) | |

Defendants have conferred with the Monitor and Plaintiffs' counsel and propose the following modifications to deadlines to deliverables due under the Remedial Plan:

1. Behavior Management Policy was submitted to Plaintiffs' counsel and the Monitor on October 26, 2020 and comments have been received. Defendants would like to address those comments and submit a second draft for review to Plaintiffs' counsel and the Monitor.

2. By November 25, 2020, Defendants will submit a revised draft of the Behavior Management Policy and an initial draft of the Points and Levels System to Plaintiffs' counsel and the Monitor.  The two items are interrelated and considering them in an integrated way may be helpful.
   a. Plaintiffs' counsel and the Monitor will provide feedback by 12/4/2020 to account for the Thanksgiving holiday.

3. Although the Remedial Plan proposes training of staff on the new Points and Levels system by 12/25/2020, Defendants propose using December to pilot test the new points/levels system, gather BSTS staff feedback, and make any needed revisions to the Behavior Management Policy and Points and Levels system by 12/24/2020.  A Revision to the Behavior

Management Policy and Points and Levels system will be submitted to Plaintiffs' counsel and the Monitor by 12/24/2020.

   a. Plaintiffs' counsel and the Monitor will provide feedback to BSTS by 1/8/2021.

   b. Defendants will then file the final Behavior Management Policy and the Points and Levels document with the Court by January 15, 2021 and will move the approval of the policies at that time.

4. Because the policies will go through additional revisions, deadlines to train staff will change accordingly. The deadline for training senior staff on Points and Levels will change from December 25 to January 24, 2021. The deadline for training all staff on Points and Levels will change from January 24, 2021 to February 25, 2021.

Neither the Plaintiffs nor the Monitor object to this request.

THOMAS J. MILLER
**Attorney General of Iowa**

/s/ **Gretchen Witte Kraemer**  AT0004358
gretchen.kraemer@ag.iowa.gov
Assistant Attorney General
Hoover State Office Bldg, 2nd Floor
Des Moines, IA  50319
Tel.:  (515) 281-8330
Fax:  (515) 281-7219
ATTORNEYS FOR DEFENDANTS

I certify that the attached was filed via CM/ECF on November 9, 2020. /s/ gwk

------------------------------

Service to Plaintiffs' counsel of record.