IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| C.P.X., AND K.N.X., et al. | ) | 17-cv-417 |
| | ) | |
| vs. | ) | UNRESISTED MOTION TO AMEND |
| | ) | REMEDIAL PLAN DEADLINES |
| GARCIA, TURNER & DAY | ) | |

Defendants have conferred with the Monitor and Plaintiffs' counsel and propose the following modifications to deadlines to deliverables due under the Remedial Plan:

1. The policy on the Intensive Treatment Program is due January 25, 2021 to Plaintiffs' counsel and the Monitor. Defendants request a two-week extension of time to further refine the policy and to seek technical assistance from the Monitor and the Consultant.

2. Neither the Plaintiffs nor the Monitor object to this request.

WHEREFORE, Defendants seek to modify the Remedial Plan deadline so that the initial draft of the ITP Policy is due February 8, feedback from Plaintiffs' and Monitor would be due 2/15, and the final version is due to the court on 2/22/2021.

THOMAS J. MILLER
**Attorney General of Iowa**
/s/ **Gretchen Witte Kraemer**  AT0004358
gretchen.kraemer@ag.iowa.gov
Hoover State Office Bldg, 2nd Floor
Des Moines, IA  50319
Tel.: (515) 281-8330  Fax: (515) 281-7219
ATTORNEYS FOR DEFENDANTS

I certify that the attached was filed via CM/ECF on January 21, 2021. /s/ gwk Service to Plaintiffs' counsel of record.