**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF IOWA**

# Notice of Appeal Supplement

Case Name: _____ vs. _____

District Court Case Number: _____

Appeal Fee (505.00) Status:  Pd _____  IFP _____  Pending _____  Government Appeal _____

Counsel: Appointed _____  CJA _____  Retained _____  Pro Se _____  Pro Bono _____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel _____  Pro Se _____

Any reason why counsel should not be appointed: _____

Certificate of Appealability: Denied _____  Granted _____  Not Issue _____

Pending post Judgment motions: Yes _____  No _____

If so, type of motion(s) and docket entry number:

_____

High Public Interest Case: Yes _____  No _____

Simultaneous Opinion release Requested: Yes _____  No _____

Trial Held: Bench _____  Jury _____  No _____

Court Reporter: Yes _____  No _____

Reporter's Name: _____

Appealing: Order prior to final judgment ____ or final judgment _____

***File this form with the Notice of Appeal***