# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 28, 2021

Ms. Gretchen Witte Kraemer
IOWA DEPARTMENT OF JUSTICE
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA  50319-0000

RE:  21-1206  C.P.X., et al v. Kelly Garcia, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

Page Two
21-1206

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      If you have any questions about the schedule or procedures for the case, please contact our office.

                            Michael E. Gans
                            Clerk of Court

CAH

Enclosure(s)

cc:    Mr. Nicholas M. Berg
       Mr.  Clerk, U.S. District Court, Southern Iowa
       Ms. Linda Lou Egbers
       Mr. Timothy R. Farrell
       Mr. Harry Frischer
       Ms. Jane Monteith Hudson
       Mr. Nathan D. Kirstein
       Ms. Terri Martin
       Ms. Kelli M Mulcahy
       Ms. Marissa Christina Nardi
       Ms. Stephanie Marie Persson
       Charles Zagnoli

      District Court/Agency Case Number(s):   4:17-cv-00417-SMR

**Caption For Case Number:   21-1206**

C.P.X., through his next of friend S.P.X., for themselves and those similarly situated; K.N.X., through his next friend Rachel Antonuccio, for themselves and those similarly situated

        Plaintiffs - Appellees

v.

Kelly Kennedy Garcia, in her official capacity as Director of the Iowa Department of Human Services; Cory Turner, in his official capacity as Interim Mental Health and Disabilities Services Director of Facilities; Mark Day, in his official capacity as Superintendent of the Boys State Training School

        Defendants - Appellants

**Addresses For Case Participants:   21-1206**

Ms. Gretchen Witte Kraemer
IOWA DEPARTMENT OF JUSTICE
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA  50319-0000

Mr. Nicholas M. Berg,
   Charles Zagnoli,
   Mr. Timothy R. Farrell
ROPES & GRAY
32nd Floor
191 N. Wacker Drive
Chicago, IL  60606

Ms. Jane Monteith Hudson,
   Mr. Nathan D. Kirstein
DISABILITY RIGHTS IOWA
Suite 300
400 E. Court Avenue
Des Moines, IA  50309

Mr. Harry Frischer,
   Ms. Marissa Christina Nardi,
   Ms. Stephanie Marie Persson
CHILDREN'S RIGHTS, INC.
Suite 800
88 Pine Street
New York, NY  10005

Mr.  Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Ms. Linda Lou Egbers
U.S. Courthouse
131 E. Fourth Street
Davenport, IA  52801

Ms. Terri Martin
589 Columbine Drive
Norwalk, IA  50211

Ms. Kelli M Mulcahy
Room 115
123 E. Walnut
Des Moines, IA  50309-0000