IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(Central Division)

| | |
|---|---|
| GRX through next friend H.R.X, <br> J.S.X through next friend D.S.X., <br> C.P.X. through next friend S.P.X, et al. <br><br>     Plaintiffs, <br><br> v. <br><br> JERRY FOXHOVEN, in his official capacity *et al.* <br><br>     Defendants. | CASE NO. 4:17-cv-00417-SMR-HCA <br><br><br> **NOTICE OF APPEARANCE** |

    COMES NOW H. Daniel Holm, Jr. of the law firm Ball, Kirk & Holm, P.C., 3324 Kimball Avenue, Waterloo, Iowa 50702, and hereby enters his Appearance on behalf of the Plaintiff C.P.X. through next friend S.P.X.

                                                      BALL, KIRK & HOLM, P.C.

                                                      By: */s/H. Daniel Holm, Jr.*_____
                                                          H. Daniel Holm, Jr., #AT0003607
                                                          Eashaan Vajpeyi, #AT0011094
                                                          3324 Kimball Avenue
                                                          P.O. Box 2696
                                                          Waterloo, Iowa 50704-2696
                                                          Phone: (319) 234-2638
                                                          Fax: (319) 234-2237
                                                          Email: Bkh@ballkirkholm.com
                                                                      Evajpeyi@ballkirkholm.com

I, Theresa L. Mahoney, certify that this document was filed via CM/ECF on May 6, 2021.

*/s/ Theresa L. Mahoney*

Service to:

Nathan Kirstein
Disability Rights Iowa
400 East Court Ave, Ste 300
Des Moines, IA 50309

Harry Frischer
Children's Rights, Inc.
88 Pine St., Ste. 800
New York, NY 10005

Timothy Farrell
Ropes & Gray, LLP
191 North Wacker Dr., 32nd Floor
Chicago, IL 60606
ATTORNEYS FOR PLAINTIFFS

Gretchen Witte Kraemer
Assistant Attorney General
Hoover State Office Bldg., 2nd Floor
Des Moines, IA 50319
ATTORNEYS FOR DEFENDANTS