IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(Central Division)

| | |
|---|---|
| GRX through next friend H.R.X, <br> J.S.X through next friend D.S.X., <br> C.P.X. through next friend S.P.X, et al. <br><br>     Plaintiffs, <br><br> v. <br><br> JERRY FOXHOVEN, in his official capacity *et al.* <br><br>     Defendants. | CASE NO. 4:17-cv-00417-SMR-HCA <br><br><br> **MOTION TO FILE DOCUMENTS UNDER SEAL** |

COMES NOW, C.P.X., by and through his guardian and conservator and undersigned counsel and for this motion states as follows:

1. Undersigned counsel has recently appeared in this matter for the purpose of filing a Motion to Amend Protective Order and Order RE: Pseudonyms so that the identity of C.P.X. may be disclosed in other litigation and so discovery documents from this case may be similarly disclosed.

2. While undersigned counsel requests the ability to obtain confidential discovery materials relating to C.P.X. from this case and to subsequently discuss his true identity in another piece of litigation, undersigned counsel feels it necessary to continue to maintain the anonymity of C.P.X. in this current docket and therefore requests to file the aforementioned motions under seal in this case, as such motions contain possibly identifying information.

      BALL, KIRK & HOLM, P.C.

By: _/s/Eashaan Vajpeyi_____
    H. Daniel Holm, Jr., #AT0003607
    Eashaan Vajpeyi, #AT0011094
    3324 Kimball Avenue
    P.O. Box 2696
    Waterloo, Iowa 50704-2696
    Phone: (319) 234-2638
    Fax: (319) 234-2237
    Email: Bkh@ballkirkholm.com
           Evajpeyi@ballkirkholm.com

I, Theresa L. Mahoney, certify that this document was filed via CM/ECF on May 6, 2021.

*/s/ Theresa L. Mahoney*

Service to:

| | |
|---|---|
| Nathan Kirstein<br>Disability Rights Iowa<br>400 East Court Ave, Ste 300<br>Des Moines, IA 50309 | Gretchen Witte Kraemer<br>Assistant Attorney General<br>Hoover State Office Bldg., 2nd Floor<br>Des Moines, IA 50319<br>ATTORNEYS FOR DEFENDANTS |

Harry Frischer
Children's Rights, Inc.
88 Pine St., Ste. 800
New York, NY 10005

Timothy Farrell
Ropes & Gray, LLP
191 North Wacker Dr., 32nd Floor
Chicago, IL 60606
ATTORNEYS FOR PLAINTIFFS