IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(Central Division)

| | |
|---|---|
| GRX through next friend H.R.X,<br>J.S.X through next friend D.S.X.,<br>C.P.X. through next friend S.P.X, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>JERRY FOXHOVEN, in his official capacity *et al.*<br><br>    Defendants. | CASE NO. 4:17-cv-00417-SMR-HCA<br><br><br>**ORDER RE: MOTION TO FILE DOCUMENTS UNDER SEAL** |

    This Court, having reviewed the Motion to File Documents Under Seal filed by C.P.X. through his guardian and conservator, finds that it is appropriate for any Motion to Amend and Enlarge Protective Order and Order RE: Pseudonyms to Be Filed Under Seal to maintain the confidentiality of C.P.X. in this docket.