IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(Central Division)

| | |
|---|---|
| GRX through next friend H.R.X,<br>J.S.X through next friend D.S.X.,<br>C.P.X. through next friend S.P.X, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>JERRY FOXHOVEN, in his official capacity *et al.*<br><br>       Defendants. | CASE NO. 4:17-cv-00417-SMR-HCA<br><br><br><br>**WITHDRAWAL OF APPEARANCE** |

   COME NOW Eashaan Vajpeyi and H. Daniel Holm, Jr. of the law firm Ball, Kirk & Holm, P.C., 3324 Kimball Avenue, Waterloo, Iowa 50702, and pursuant to the agreements made between counsel as stated in Notice of Consent to Disclose (Doc. 398 & 399) hereby withdraw their prior Appearance and request the court remove them as counsel of record in this matter.

   The interests of C.P.X. will continue to be represented by attorneys for the class plaintiffs.

                                        BALL, KIRK & HOLM, P.C.

                                        By: */s/Eashaan Vajpeyi*_____
                                             H. Daniel Holm, Jr., #AT0003607
                                             Eashaan Vajpeyi, #AT0011094
                                             3324 Kimball Avenue
                                             P.O. Box 2696
                                             Waterloo, Iowa 50704-2696
                                             Phone: (319) 234-2638
                                             Fax: (319) 234-2237
                                             Email: Bkh@ballkirkholm.com
                                                       Evajpeyi@ballkirkholm.com

I, Theresa L. Mahoney, certify that this document was filed via CM/ECF on May 13, 2021.

*/s/ Theresa L. Mahoney*

Service to:

Nathan Kirstein
Disability Rights Iowa
400 East Court Ave, Ste 300
Des Moines, IA 50309

Harry Frischer
Children's Rights, Inc.
88 Pine St., Ste. 800
New York, NY 10005

Timothy Farrell
Ropes & Gray, LLP
191 North Wacker Dr., 32nd Floor
Chicago, IL 60606
ATTORNEYS FOR PLAINTIFFS

Gretchen Witte Kraemer
Assistant Attorney General
Hoover State Office Bldg., 2nd Floor
Des Moines, IA 50319
ATTORNEYS FOR DEFENDANTS