| **Policy & Procedures** | Part 5 | Student Services |
| :---: | :---: | :--- |
| | 4C | Mental Health |
| | 4C-06 | Room Confinement |
| | Juvenile Training School (fourth edition) – | |
| **Department of Human Services** | Review/revision dates: 7/27/20; 5/24/22; 3/20/23; 11/7/23 | |

## POLICY

The purpose of room confinement is to provide the student an opportunity to de-escalate or "cool off" and assist them in refocusing and regulating their emotions and behavior so they can safely return to their assigned cottage and programming as quickly as possible.

Room confinement may be utilized only when a student's behavior poses a serious and immediate risk of physical harm to any person, and less restrictive means of stabilizing the student's behavior are unsuccessful or would be unsafe/inappropriate given student's acute risk. Students may not be placed in room confinement as an act of discipline or for destruction of property or theft. Placement in room confinement for "insubordination," other forms of non-compliance with rules, or for inciting or agitating others will be rare and only used as a basis for room confinement if the student's actions pose a serious and immediate risk of physical harm to a person. Responses to these behaviors shall be addressed in accordance with policy *5B-03 Behavior Management.*

If, at any time, a student is believed to be at serious risk of harming themselves, is engaging in self-injurious behavior, or expressing suicidal ideation, staff are to follow policies and procedures noted in *4C-03 Suicide Prevention and Intervention.*

This policy does not apply to emergency circumstances that require a significant departure from normal School operations, including natural disaster or facility-wide threat that poses a serious and immediate risk of harm to students or staff. These exceptional circumstances shall apply for the shortest amount of time needed to address the serious and imminent threat of harm and to sufficiently reduce the risk of infection and comply with policy *4B-31 Pandemic Response.*

## GENERAL

DEFINITIONS:

**STS Safety Plan:** A plan created in accordance with policy 5B-03 Behavior Management by the Duty Superintendent, Management on Duty, and/or Mental Health Personnel on duty utilized to address situations where immediate response may be warranted. These plans may be enacted when a student is a risk to others, in need of increased protection/supervision, or to assist a student in maintaining behavior. Plans may be developed in response to an incident or as a preventative measure. Plans are developed based on information gathered from students and staff involved in the events preceding the student's room confinement.

**STS Room Confinement Checklist:** A form that documents and tracks the student's room confinement. This form requires staff to be present at all times in the location of the room confinement

**Policy 4C-06 ROOM CONFINEMENT**

(e.g., room, hallway) with the student and to assess and document observable behaviors of a student every fifteen (15) minutes, or less, until the student can safely be released from room confinement. This form also documents the strengths-based and evidence-focused interventions or conflict mediation that were utilized with the student. Staff will document their assessment of the student's readiness for release or need for additional support via a safety plan.

**De-escalation Techniques:** Techniques other than use of force or restraint that are designed to help students regain emotional and behavioral control or to prevent or defuse confrontations or other incidents.

**Room Confinement:** The involuntary restriction of a student alone in a room or other area with a window, regardless of location, for purposes of de-escalation.

**Wrap Around Meetings/Team:** STS provides as needed wrap around meetings for students who need extra support during treatment. The team make-up is multidisciplinary and specific to the student's request or concern. This multidisciplinary group meets with the student to collaborate and develop possible solutions or plans.

**Confinement, as defined by Performance-based Standards (PbS):** Any instance when a youth is separated from the youth population and placed in a room or cell along for 15 minutes or longer. Youths are considered to be confined from the moment they are separated from others until they have rejoined the population. Youths may be transferred to a designated unit for confinement. Confinement may occur in locked or unlocked rooms, but cannot occur in large dormitories. Any instance of confinement of 15 minutes or more is a reportable PbS incident event.

**Isolation, as defined by Performance-based Standards:** A sub-category of Confinement that occurs in a room or cell other than the one is assigned to for sleeping.

**Segregation, as defined by Performance-based Standards:** A sub-category of Confinement that occurs when a youth is reassigned to a segregation dorm for sleeping.

PRINCIPLES:

It is the policy of the State Training School that youth shall be provided a safe environment in the least restrictive manner, allowing students as much opportunity as possible to be involved in group activities and facility programming.

Room confinement may be used only when other less restrictive methods of de-escalation and behavior management have been attempted and found unsuccessful or would be unsafe or otherwise inappropriate given the student's acute risk. Under no circumstances may room confinement be used if it would compromise the mental or physical health of a student.

Staff shall remain present with the student and verbally assist them in de-escalation while in room confinement. Staff may do so from outside of the room if necessary for their safety, however, at all times, staff must remain in the location of the room confinement throughout its duration (e.g., room, hallway) and shall assess and document observable behaviors of the student every fifteen (15) minutes or less. Staff shall prioritize using strengths-based communication and evidence-focused interventions, such as cognitive-behavioral or motivationally-based counseling, stress reduction and mindfulness practices (e.g., deep breathing, progressive muscle relaxation), problem-solving exercises, decision-making worksheets, conflict mediation, and brief (e.g., 5-15 minutes) periods of self-reflection.

**Policy 4C-06 ROOM CONFINEMENT**
Page 3 of 10

The student must be released from room confinement as soon as they are calm and no longer pose a serious and immediate risk of physical harm to any person.

## PROCEDURE

I.      Staff and students shall be informed of the rules of the facility, including the progression of rewards for accomplishments, consequences for noncompliance, and progressive interventions for helping students maintain and regain behavioral control when destabilized or causing serious and immediate physical harm to any person.

II.     All administrative, management, medical, mental health, and direct care staff shall be trained in de-escalation techniques, room confinement use, room confinement, reintegration and safety planning, room confinement documentation and room confinement quality assurance, improvement, and oversight upon hire and annually thereafter. These trainings shall be documented. Only trained and appropriate staff may use room confinement.

III.    All staff shall continually observe student behavior for compliance with laws, regulations, rules, and policies, as well as opportunities to reward students for positive behavior. Direct care staff should routinely seek and create opportunities to teach students how to effectively regulate their emotions and behavior and practice prosocial emotional and behavioral management skills, so they are better positioned to not require formal behavioral stabilization or de-escalation interventions.

IV.     The use of room confinement shall be handled in a manner that provides appropriate procedural safeguards and security and protection of the students, staff, and all visitors to the facility.

V.      <u>Use of Room Confinement</u>:

     a.  Staff shall help the student de-escalate without using room confinement, unless such attempts would be unsafe or inappropriate given the student's acute risk (e.g., physical assault of students or staff);

     b.  If room confinement is believed to be required, staff shall notify YSTs/designee immediately of the possible need.  YST's/designee will assess situation in collaboration with other relevant staff (e.g., student's cottage counselor/director and professional in the Mental Health Department, Duty Superintendent) to see if less restrictive means of intervention/de-escalation are appropriate;

          1.  Collaboration may occur after the student is placed in room confinement in emergency situations.

     c.  If, after assessing the situation and determining that a student poses a serious and immediate risk of harm to a person, the student will be escorted to a confined room by the YSTs by using the least restrictive means possible to ensure the safety of staff and students. Physical and/or mechanical restraints may be utilized as needed for safety and security;

     d.  Once the student is placed in a room, the door should be left open if it is safe to do so. Staff shall provide observation and actively engage the student but may

remain outside the room if necessary for their safety.  At all times, staff must remain in the location of the room confinement throughout its duration (e.g., room, hallway) and shall assess and document observable behaviors of the student every fifteen (15) minutes or less;

e.  Staff shall initiate the *Room Confinement Checklist*, which includes describing the behavior that constitutes serious and immediate risk to a person that justified the need for room confinement, the strengths-based and evidence-focused interventions used to help the student stabilize, and requires the student's behavior be assessed and documented every 15 minutes or sooner;

f.  A student shall be released from room confinement as soon as they are calm and no longer present a serious and immediate risk of physical harm to a person. The following factors shall be considered, in totality, to assess risk of physical harm to a person and the need for a safety plan:

    1. Staff will observe student's behavior such as; student continues to cause a significant disturbance (e.g., refusing directives, yelling at staff, banging on property); student continues to physically or verbally threaten others, particularly with a well-documented history of following through with such threats or acts of violence; student continues to display physically aggressive behavior (e.g., clenched fists, pacing, posturing) or otherwise presents as significantly agitated, hostile, or otherwise incapable of maintaining behavioral control and interacting safely with others in a less restrictive setting.

    2. Staff will attempt to utilize structured interview questions to assess the level of risk and record responses in collaboration with the student.

        i.  If the student is unable or unwilling to participate in this assessment process, the staff working with student shall make additional efforts to engage the student by initiating contact with managerial staff on duty and/or staff from the mental health department.

        ii.  Managerial staff and/or mental health staff may utilize alternative methods of assessing risk with the student to explore the situation and gauge overall risk.  Managerial and/or mental health staff shall document alternative methods and attempts appropriately.

    3.  A safety plan shall be considered if additional supports or interventions are needed to safely reintegrate the student back into their school or cottage. Additional temporary supports, such as one-on-one supervision or in-person coaching may be provided during the return to assigned programming to help the student maintain behavioral control in a less restrictive setting.

g.  A student may not remain in room confinement for more than one hour unless staff working with the student determine that he is likely, upon release, to

engage in behavior that poses a serious and immediate risk of physical harm to a person;

1. If, by the one-hour mark, staff determines, based on the criteria above, that the student remains a serious and immediate risk of physical harm to a person and cannot safely be released from room confinement, the rationale for continued use of room confinement must be noted in the *Room Confinement Checklist*.

2. If the student commits another act that results in the need for room confinement within two hours of their prior release (regardless of the initial location of room confinement), their time spent in room confinement shall be considered cumulatively across both placements for the purpose of the one-hour time limit.

h. Staff supervising in the location of the room confinement shall contact the Mental Health Department immediately upon believing that the student is unlikely, upon release, to regain sufficient behavioral control to no longer pose a serious and immediate risk of harm to a person. Staff are advised to contact the Mental Health Department sooner than one hour (e.g., by 30 minutes) to allow ample assessment time before the one-hour mark is reached.

i. The professional in the Mental Health Department shall meet with the student to conduct a mental health review and further assist with de-escalation. Assistance from a professional in the Mental Health Department may be utilized at any point in the room confinement process but must be requested if the student is unable to reduce their risk within one hour.

1. When requested, the professional in the Mental Health Department shall meet with the student as soon as possible barring conflicts with other clinical duties (e.g., therapy or assessment session, other crisis response) that cannot reasonably be rescheduled or reprioritized;

2. If no professional in the Mental Health Department is physically present on campus, the meeting shall be arranged via telephone or other electronic means consistent with the Mental Health Department's 24/7 coverage plan;

3. The professional in the Mental Health Department will work with the student to restore them to a state where they no longer pose a serious and immediate risk of physical harm to any person. This work may be done in collaboration with other staff members. The professional in the Mental Health Department shall document this on the *Room Confinement Checklist*;

4. The incident preceding the student's room confinement and their response to interventions while in room confinement shall be reviewed by the Duty Superintendent, Management Personnel, and/or a professional in the Mental Health Department to determine if a safety

plan is needed for student reintegration prior to the student leaving room confinement;

5. If the Duty Superintendent, Management Personnel on duty, and/or a professional in the Mental Health Department determines that return to normal cottage or programming is not possible due to the student's acute mental or behavioral health condition and/or the inability to treat the student in their current state, arrangements may be made to transfer the student to a hospital level of care that can more effectively meet the student's needs.

j. Once a mental health review has started, a professional in the Mental Health Department conducting the review shall inform the Mental Health Authority/designee of the situation and obtain their approval for using room confinement for more than one hour *before* the one-hour mark;

k. A professional in the Mental Health Department shall assess the student every hour they remain in room confinement beyond one hour and shall document their assessment on the Room Confinement Checklist;

l. Students shall not be left in room confinement overnight, including for administrative staffing purposes.

1. If by bedtime the risk assessment (e.g., behavioral observations, attempts to engage in a discussion about the event, other individual factors, etc.) continues to suggest that the student poses a serious and immediate risk of harm to the physical safety of another person, they will be housed temporarily in another cottage for the overnight hours.

    i. Students will not be housed in room confinement/CMH overnight (i.e., they must be housed in another cottage, or if they are in ITP/CMH, must be housed in their assigned room).

    ii. Upon wake up, assessment of student's current risk level shall be completed by staff to determine whether the safety risk has been abated or if additional supports and/or safety planning is needed.

m. Students placed in room confinement must be given the opportunity to provide a report, in their own words, describing their behavior and the circumstances that led room confinement to be a needed intervention;

1. The report shall be requested as soon as possible, such as when the student is calm enough to provide a report.

2. Staff are required to make only one request to the student. Student will be informed of their ability to make a statement later, if desired;

3. The report may be hand-written or electronic, and shall be saved to the student's main (administration) and mental health files (if applicable);

4. The student shall be permitted to complete the statement privately, away from staff, and consistent with observations necessary to maintain the safety of the student and others (e.g., while on video camera);

5. If staff ask the student to revise their statement, all versions of the statement shall be included in the room confinement report. Requests for revision shall be limited to legibility or clarity concerns, and done in a supportive manner to assist the student in providing a thoughtful and meaningful response that ultimately assists them in coping with distress and maintaining behavioral stability in the future;

6. If the student refuses to provide a report, the refusal shall be documented on the Room Confinement affected Student Statement form.

7. If the student will provide a report verbally but not in writing, staff may record the student's statement on their behalf. Staff shall note that they are the author of the report and use the student's direct quotations/verbal statements as much as possible. The student shall be asked to review the statement and sign or initial for accuracy;

8. Video evidence of any incident relied upon by STS to justify room confinement shall be preserved and reviewed for purposes of quality assurance, quality improvement, and oversight.

n. At the next regularly scheduled appointment following release from room confinement, the student's psychotherapist or cottage counselor shall debrief the incident with the student. This debriefing shall be designed to assist the student in developing strategies to prevent similar behavior in the future. Interventions should demonstrate a preference for being evidence-focused and may include, but are not limited to, cognitive-behavioral or motivationally-based counseling to address mental health issues underlying the risky behavior; problem-solving exercises; decision-making worksheets; or conflict mediation. These interventions should be conducted at a time and in a location that allows the student to engage successful in a supportive, strengths- and skills-based manner;

o. Professionals in the Mental Health Department may consult with the person(s) (student or staff) who was (were) subject to physical harm to assess their level of preparedness for the student to return to normal programming.

1. This consultation, including any reluctance from students or staff, no matter how significant, may not be used to keep the student in room confinement if they no longer pose a serious and immediate risk of physical harm to others;

2. This consultation can be used to assess for perceived vulnerability and safety concerns in others, assist in establishing appropriate programming for the student outside of room confinement, and provide a forum for which to engage in critical incident de-briefing and to provide psychoeducation and support.

p. Any type of security restraint (physical and/or mechanical) used either during the transport of the student to a confined room shall be conducted in a manner consistent with policy and procedure *2A-12 Security Restraint* and the *State Training School Security Manual*;

q. Security staff shall complete a search of the student as needed and in accordance with policy and procedure *2A-15 Searches-Students*;

1. If a strip search is needed to maintain the safety and security of the student, staff, or facility, after it is completed, the student shall remain in their regular dress during their placement in room confinement. To further the student's safety, staff shall make every attempt to remove students' shoes or belts before placement in room confinement.

VI. <u>Safety Plan</u>:

a. A *Safety Plan* shall be utilized if additional supports, interventions, or alternative environmental conditions are determined necessary for student reintegration. The *Safety Plan* may be used in conjunction with the *Room Confinement Checklist.*

b. A *Safety Plan* may be utilized as a preventative measure to help a student regulate their behavior when they have demonstrated threatening behavior that has not yet risen to the point of a serious and immediate risk of physical harm to a person requiring room confinement.

c. The *Safety Plan* shall be created in the least restrictive manner required to support safety and shall be implemented for only as long as necessary to accomplish the safety objectives.

d. A *Safety Plan* will be distributed to all staff to ensure the plan is executed accordingly.

VII. <u>Documentation</u>:

a. Movement in and out of room confinement shall be documented on the daily population movement report and in the student's main (administrative) file;

b. Each separate instance of room confinement requires an Incident Report in RiteTrack;

c. Staff at the location of room confinement shall initiate and complete the *Room Confinement Checklist*;

d. The *Room Confinement Checklist* and the *Safety Plan* should be saved to the student's main file (administration). This documentation and need for behavioral stabilization shall be considered by both cottage and Mental Health Department staff when reviewing the student's care and treatment planning;

e. If the student's serious and immediate risk of physical harm to a person involved agitating or inciting another student, the Incident Report must clearly demonstrate this by describing the other student's speech or physical action. This report must also include a statement from the agitated/incited student describing the incident and its impact on their behavior. This statement shall be prepared by the agitated/incited student away from staff. If staff ask the student to revise his statement, all versions of the statement shall be included in the report;

f. Names of staff and student witnesses must be included in the Incident Report in RiteTrack;

1. To protect student witnesses from reprisals from other students, a copy of the Incident Report will not be provided or made available to the student that is placed in room confinement;

2. Students may choose to file a grievance consistent with the protocols established in policy and procedure *5C-01 Student Grievance Process*, and that the filing of a grievance may be done in lieu of writing a witness statement if the student so chooses.

g. Use of room confinement in any location, including a summary of the use and effectiveness of the *Room Confinement Checklist* and *Safety Plan*, shall be included in each student's monthly report to the Juvenile Court Officer (JCO) and the Court.

VIII.   <u>Quality Assurance, Improvement, and Oversight</u>:

a. All *Room Confinement Checklists* will be collected daily and forwarded to the Mental Health Authority or designee. Signatures for room confinement less than one (1) hour are required within two (2) business days. Room confinement data shall be entered into the room confinement database;

b. Any room confinement placement that exceeds one hour shall be reviewed internally by the Mental Health Authority or designee within one (1) business day from the student's release from room confinement;

c. STS staff will submit data of all room confinement placements, regardless of location and time spent in room confinement, to the MDHS-Facilities Division Administrator or designee who will review the data on a monthly basis. This data shall include both individual (student specific) and aggregate (total student) tracking;

d. The Mental Health Authority or designee will provide corrective action to staff as needed based on the degree of compliance or lack thereof with this document and their ability to appropriately assist students in stabilizing.

e. STS will work in concert with Performance-based Standards (PbS) to monitor and improve the use of confinement. STS will engage in management practices

that promote the safety and well-being of youths, staff, family, volunteers, and visitors in order to:

1. Protect youth, staff, families, volunteers, and visitors from intentional and accidental injuries.
2. Protect youth, staff, families, volunteers, and visitors from external safety risks including natural disasters and communicable diseases.
3. Reduce harm from the use of restraints.
4. Reduce harm from the use of isolation.
5. Protect staff and youth from fear and victimization.

f. STS will participate in PbS data collection by submitting qualifying confinement data twice each year. Following PbS data collection, STS/HHS Management and Treatment Personnel will review PbS outcome measures/metrics and employ continuous improvement methods to promote safety and improve outcomes for students and staff.

**Approved:**

_____

**Jason Sodders**
**Superintendent**
**State Training School**

_____
**EFFECTIVE:**
**November 7, 2023**

11-7-23

## SUMMARY OF REVISION/REVIEW

Added definition to "Wrap Around Meetings/Team"; Added detail regarding staff responsible for creating reintegration and safety plan; Added detail to training expectations; Removed gender exclusive language; specified roles for the "Use of Room Confinement Responsibilities; Student Statement; Revised utility of Reintegration & Safety Plan to reflect short-term nature of the plan. 7/7/2022

Removed use of Reintegration and safety plan and replaced with STS safety plan; Added definition of STS Safety Plan; Defined staff responsibilities and expectations while students are in room confinement including required physical presence of staff; Added detail to use of STS Safety Plan based on student need.  3/20/23

Reviewed policy and revised to include PbS definitional and reporting compliance. Added definition for Confinement, Isolation, and Segregation (all as defined by PbS). Also added to the Quality Assurance, Improvement and Oversight Section to identify how STS collects/reports qualifying data and uses that data to inform continuous improvement process. 11/7/23